## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| PROMETHEAN INSULATION TECHNOLOGY LLC, | § § § | |
| *Plaintiff,* | § § | 2:13-cv-01113-JRG |
| v. | § § | |
| SEALED AIR CORPORATION, ET AL., | § § § | |
| *Defendant.* | § § | |

## **VERDICT FORM**

In answering these questions, you are to follow all of the instructions I have given you in the Court's Final Instructions to the Jury.   Your answers to each question must be unanimous.

As used herein, "Promethean" refers to Promethean Insulation Technology LLC and "Reflectix" refers to Reflectix, Inc.

## QUESTION NO. 1: Infringement

**Did Promethean prove by a preponderance of the evidence that Reflectix induced infringement of the following claims of the following patents?**

Answer "Yes" or "No" for each Claim.

'410 Patent

    Claim 1    ~~Yes~~ *No*

'411 Patent

    Claim 1    ~~Yes~~ *No*

'871 Patent

    Claim 18    ~~Yes~~ *No*
    Claim 20    ~~Yes~~ *No*
    Claim 23    ~~Yes~~ *No*
    Claim 24    ~~Yes~~ *No*
    Claim 25    ~~Yes~~ *No*

'601 Patent

    Claim 35    ~~Yes~~ *No*
    Claim 36    ~~Yes~~ *No*
    Claim 37    ~~Yes~~ *No*

## QUESTION NO. 2: Invalidity

**Did Reflectix prove by clear and convincing evidence that any of the asserted claims of the following patents are invalid?**

Answer "Yes" or "No" for each Claim.

'410 Patent

    Claim 1      Yes

'411 Patent

    Claim 1      Yes

'871 Patent

    Claim 18      Yes
    Claim 20      Yes
    Claim 23      Yes
    Claim 24      Yes
    Claim 25      Yes

'601 Patent

    Claim 35      Yes
    Claim 36      Yes
    Claim 37      Yes

### QUESTION NO. 3: Damages

You should answer Question No. 3 only if you have found at least <u>one claim both</u> infringed (in Question 1) and not invalid (in Question 2).    Otherwise, <u>do not</u> answer this question.

**What sum of money, if paid now in cash, do you find that Promethean proved by a preponderance of the evidence would fairly and reasonably compensate Promethean for Reflectix's infringement of Promethean's patents up to the time of trial?**

$_____

## QUESTION NO. 4: Willful Infringement

You should answer Question No. 4 only if you have found at least <u>one claim both</u> infringed (in Question 1) and not invalid (in Question 2).    Otherwise, <u>do not</u> answer this question.

**Did Promethean prove by clear and convincing evidence that Reflectix's infringement was willful?**

Answer "Yes" or "No."

YES: _____

NO: _____

**Signed this $\underline{29th}$ day of October, 2015**

## JURY FOREPERSON