IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PROMETHEAN INSULATION TECHNOLOGY LLC, | § § § | |
| *Plaintiff*, | § § | 2:13-cv-01113-JRG |
| v. | § § | |
| SEALED AIR CORPORATION, ET AL., | § § | |
| *Defendant*. | § § | |

## **VERDICT FORM**

In answering these questions, you are to follow all of the instructions I have given you in the Court's Final Instructions to the Jury.  Your answers to each question must be unanimous.

As used herein, "Promethean" refers to Promethean Insulation Technology LLC and "Reflectix" refers to Reflectix, Inc.

## QUESTION NO. 1: Infringement

**Did Promethean prove by a preponderance of the evidence that Reflectix induced infringement of the following claims of the following patents?**

Answer "Yes" or "No" for each Claim.

'410 Patent

    Claim 1    ~~Yes~~ _no_ JRG

'411 Patent

    Claim 1    JRG ~~Yes~~ _no_

'871 Patent

    Claim 18   JRG ~~Yes~~ _no_

    Claim 20   JRG ~~Yes~~ _no_

    Claim 23   JRG ~~Yes~~ _no_

    Claim 24   JRG ~~Yes~~ _no_

    Claim 25   JRG ~~Yes~~ _no_

'601 Patent

    Claim 35   JRG ~~Yes~~ _no_

    Claim 36   JRG ~~Yes~~ _no_

    Claim 37   JRG ~~Yes~~ _no_

## QUESTION NO. 2: Invalidity

**Did Reflectix prove by clear and convincing evidence that any of the asserted claims of the following patents are invalid?**

Answer "Yes" or "No" for each Claim.

'410 Patent

    Claim 1     yes

'411 Patent

    Claim 1     yes

'871 Patent

    Claim 18     yes
    Claim 20     yes
    Claim 23     yes
    Claim 24     yes
    Claim 25     yes

'601 Patent

    Claim 35     yes
    Claim 36     yes
    Claim 37     yes

## QUESTION NO. 3: Damages

You should answer Question No. 3 only if you have found at least one claim both infringed (in Question 1) and not invalid (in Question 2).   Otherwise, do not answer this question.

**What sum of money, if paid now in cash, do you find that Promethean proved by a preponderance of the evidence would fairly and reasonably compensate Promethean for Reflectix's infringement of Promethean's patents up to the time of trial?**

$ _____

## QUESTION NO. 4: Willful Infringement

You should answer Question No. 4 only if you have found at least <u>one claim both</u> infringed (in Question 1) and not invalid (in Question 2). Otherwise, <u>do not</u> answer this question.

**Did Promethean prove by clear and convincing evidence that Reflectix's infringement was willful?**

Answer "Yes" or "No."

YES: _____

NO: _____

Signed this 29th day of October, 2015

**JURY FOREPERSON**