**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PROMETHEAN INSULATION TECHNOLOGY LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:13-cv-1113-JRG |
| REFLECTIX, INC. | § § § | |
| *Defendant*. | § | |

**MINUTES FOR JURY TRIAL DAY ONE
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
October 26 2015**

**OPEN:** 9:10 a.m.                                                       **ADJOURN:** 5:46 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Emily Chen<br>Alden Harris |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 9:10 a.m. | Court opened. Court's preliminary instructions to the Jury. |
| 9:43 a.m. | Opening statement by Mr. Buss. |
| 10:05 a.m. | Opening statement by Mr. Govett. |
| 10:30 a.m. | Conclusion. Witnesses sworn. |
| 10:34 a.m. | Direct examination of Furio Orologio by Mr. Buss. |
| | PX 64 used. PX 76 used. |
| 11:05 a.m. | Recess. |
| 11:18 a.m. | Court reconvened. Direct examination of Furio Orologio continued. |
| | PX 78, 460, 271 and 456 used. |
| 11:28 a.m. | PX 457 used. |
| | PX 459 used. |
| | PX 461 used. |

Page 2
October 26, 2015
Minutes

| | |
|---|---|
| 11:31 a.m. | PX 30, 31 and 32 used.   (Physical exhibits). |
| | PX 121 used. |
| 11:33 a.m. | PX 31 used. |
| 11:34 a.m. | DX 142 used. |
| 11:37 a.m. | PX 466 used. |
| 11:39 a.m. | PX 15 and 16 used. |
| 11:39 a.m. | PX 1, 2, 3 and 4 used. |
| | PX 265 used. |
| | PX 63 and PX 928 |
| 11:47 a.m. | PX 497 used. |
| 11:48 a.m. | PX 54 used. |
| 11:49 a.m. | PX 73 used. |
| 11:50 a.m. | PX 55 used. |
| 11:53 a.m. | Objection by Mr. Govett; sustained. |
| | PX 142 used. |
| 11:55 a.m. | Recess until 12:45 |
| 12:51 p.m. | Court reconvened.   Jury back in Courtroom. |
| | Cross examination of Mr. Orologio by Mr. Govett. |
| 12:53 p.m. | DX 107 used. |
| | DX 108 used. |
| 12:58 p.m. | PX121 used. |
| | PX 466 used. |
| 1:00 p.m. | DX 187 used. |
| 1:10 p.m. | PX 57 used. |
| | DX 411 used. |
| | DX 39 used. |
| | PX 426 used. |
| | PX 432 used. |
| 1:19 p.m. | DX 72 used. |
| 1:22 p.m. | DX 30 used. |
| | DX 44 used. |
| | DX 140 used. |
| | DX 54 used. |
| 1:27 p.m. | DX 93 used. |
| | DX 90 used. |
| | DX 72 used. |
| 1:34 p.m. | DX 98 used. |
| 1:42 p.m. | DX 107 used. |

Page 3
October 26, 2015
Minutes

|            | DX 16.                                                      |
|------------|-------------------------------------------------------------|
| 1:50 p.m.  | DX 110 used.                                                |
|            | DX 132 used.                                                |
|            | DX 171 used.                                                |
| 1:57 p.m.  | DX 140 used.                                                |
|            | DX 158A used.                                               |
|            | DX 138 used.                                                |
| 2:00 p.m.  | DX 146 used.                                                |
| 2:02 p.m.  | DX 148 used.                                                |
|            | DX 149 used.                                                |
|            | DX 150 used.                                                |
| 2:04 p.m.  | DX 151 used.                                                |
|            | PX 210 used                                                 |
| 2:07 p.m.  | DX 156 used.                                                |
|            | Deposition excerpt of Orologio shown 220:2 to 221:19.       |
| 2:16 p.m.  | PX 55 used.                                                 |
| 2:17 p.m.  | Bench conference.                                           |
| 2:19 p.m.  | DX 214 used.                                                |
|            | PX 475 used                                                 |
|            | DX 140 used.                                                |
|            | Claim terms used.                                           |
| 2:27 p.m.  | Bench conference at request of Mr. Buss.                    |
| 2:30 p.m.  | Cross examination continued by Mr. Govett                   |
| 2:32 p.m.  | Recess.                                                     |
| 3:06 p.m.  | Hearing outside the presence of the jury.                   |
|            | Mr. Sukhivir Benipal excused.                               |
| 3:08 p.m.  | Court reconvened.   Court's instructions re demonstrative.  |
| 3:09 p.m.  | Redirect examination of Mr. Orologio by Mr. Buss.           |
| 3:13 p.m.  | PX 121 used.                                                |
| 3:18 p.m.  | Direct examination of Dr. Enrico Termine by Mr. Cravey.     |
| 3:38 p.m.  | PX 432 used.                                                |
| 3:43 p.m.  | PX 416 and 426 used.                                        |
| 3:46 p.m.  | PX 737 used.                                                |
|            | PX 503 used                                                 |
|            | PX 929 used.                                                |
| 4:01 p.m.  | PX 40, 39, 38 and 42 used.                                  |
| 4:10 p.m.  | Bench conference.                                           |
| 4:19 p.m.  | PX 353, 364, 303, 348 used.                                 |

Page 4
October 26, 2015
Minutes

|            | PX 356 used.                                                            |
|------------|-------------------------------------------------------------------------|
| 4:41 p.m.  | Recess.                                                                 |
| 4:54 p.m.  | Court reconvened.   Direct examination of Dr. Termine continued.        |
| 4:59 p.m.  | Bench conference.                                                       |
| 5:00 p.m.  | Direct examination continued.                                           |
|            | PX 412 used.                                                            |
| 5:11 p.m.  | PX 931 used                                                             |
| 5:43 p.m.  | Exhibits published to the Jury.                                         |
| 5:46 p.m.  | Jury excused for evening.   Court adjourned.                            |