# 2:13-cv-1113-JRG-RSP
# Promethean Insulation Technology LLC
## v.
# Sealed Air Corporation et al
## JURY TRIAL
PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Matt Rodgers  Danny Williams | Promethean |
| Chris Cravey  David Wooten | ↓ |
| Brian Buss  Drew Kim | ↓ |
| Brett Govett | Deflectix |
| John Skidmore | ↓ |
| James Leito | ↓ |
| Jennifer Twelve | ↓ |
| Marwan Elrakabawy | |
| | |
| | |
| | |

IF YOU HAVE YOUR CLIENTS PRESENT, PLEASE PROVIDE NAME & COMPANY

| CLIENT NAME | COMPANY |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |