# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PROMETHEAN INSULATION TECHNOLOGY LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:13-cv-1113-JRG |
| REFLECTIX, INC. | § § § | |
| *Defendant*. | § | |

## MINUTES FOR JURY TRIAL DAY TWO
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### October 27, 2015

**OPEN:   8:15 a.m.**                                                           **ADJOURN:   5:52 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Emily Chen<br>Alden Harris |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:15 a.m. | Court reconvened.   Exhibits read prior day read into the record. |
| 8:23 a.m. | Jury returned to courtroom.   Cross examination of Dr. Termine by Mr. Govett. |
| 8:32 a.m. | Redirect examination by Mr. Cravey of Dr. Termine. |
| 8:34 a.m. | Witness excused. |
| 8:35 p.m. | Direct examination of Michelle Riley by Mr. Rodgers. |
| 8:51 p.m. | PX 55 used. |
| 9:05 a.m. | Cross examination of Ms. Riley by Mr. Skidmore. |
| 9:26 a.m. | DX198 used. |
| 9:39 a.m. | Bench conference. |
| 9:41 a.m. | Cross examination of Ms. Riley by Mr. Skidmore continued. |
| 9:47 a.m. | Redirect examination of Ms. Riley by Mr. Rodgers. |
| 9:49 a.m. | Parties passed the witness.   Recess. |

Page 2
October 27, 2015
Minutes

| | |
|---|---|
| 10:13 a.m. | Court reconvened.  Hearing outside the presence of the jury.  Messrs. Rodgers and Skidmore argued. |
| 10:19 a.m. | Plaintiff rests.  Direct examination of Bob Wadsworth by Mr. Govett. |
| 10:23 a.m. | DX 156 used. |
| 10:35 a.m. | DX 34 used. |
| 10:38 a.m. | PX 426 used. |
| 10:39 a.m. | PX 432 used. |
| 10:41 a.m. | DX 8 used. |
| 10:45 a.m. | DX 339 used. |
| | DX 8 used. |
| 10:53 a.m. | DX 37A used. |
| 10:55 a.m. | DX 30 used. |
| | DX 31 used. |
| 10:57 a.m. | DX 54 used. |
| 10:58 a.m. | DX 91 used. |
| 11:00 a.m. | DX 96 used. |
| 11:03 a.m. | DX 97 used. |
| | DX 110 used. |
| 11:13 a.m. | DX 126 used. |
| | DX 129 used. |
| | DX 130 used. |
| 11:20 p.m. | DX 140 used. |
| | DX 151 used. |
| 11:28 a.m. | PX 210 used. |
| | DX 156 used. |
| | DX 189 used. |
| 11:31 a.m. | Recess. |
| 12:38 p.m. | Court reconvened.  Cross examination of Mr. Wadsworth by Mr. Rodgers. |
| 12:40 p.m. | PX 471 shown. |
| 12:44 p.m. | Bench conference |
| 12:46 p.m. | Cross examination continued. |
| 1:02 p.m. | Bench conference. |
| 1:03 p.m. | Cross examination continued. |
| 1:20 p.m. | Bench conference. |
| 1:21 p.m. | Cross examination continued. |
| 1:30 p.m. | Redirect examination of Mr. Wadsworth. |
| | DX 156 used. |

Page 3
October 27, 2015
Minutes

| | |
|---|---|
| 1:33 p.m. | Parties passed the witness. |
| 1:34 p.m. | Direct examination of Mike Boulding by Mr. Govett. |
| 1:37 p.m. | PX 426 used. |
| | PX 432 used. |
| | P6 |
| 1:42 p.m. | DX 49 used. |
| | DX 50 used. |
| | D91 and DX 90 used. |
| 1:48 p.m. | DX89 used. |
| | DX 83 used. |
| | DX 97 used |
| 1:55 p.m. | DX 96 used |
| | DX 98 used. |
| 2:00 p.m. | DX 111 used. |
| | DX 129 used. |
| | DX 130 used. |
| 2:03 p.m. | DX 138 used. |
| 2:05 p.m. | DX140 used. |
| 2:07 p.m. | DX 158A used. |
| | PX 465 used. |
| | DX 149 used. |
| | DX 151 used. |
| | DX 642 used. |
| 2:12 p.m. | Parties passed the witness.   Bench conference.   Recess. |
| 2:35 p.m. | Hearing outside the presence of the jury. |
| 2:37 p.m. | Jury returned to the courtroom.   Cross examination of Mr. Boulding by Mr. Buss. |
| | DX 98 used. |
| | DX 110 used. |
| | DX 111 used. |
| | DX 55 used. |
| | DX 50 used. |
| 2:55 p.m. | DX 733. |
| | PX 76 used. |
| 3:05 p.m. | Parties passed the witness. |
| 3:06 p.m. | Direct examination of Monty Millspaugh by Mr. Leito. |
| | PX 737 used. |
| 3:16 p.m. | DX 54 used. |
| 3:18 p.m. | DX 56 used. |

Page 4
October 27, 2015
Minutes

|  | DX 62 used. |
|---|---|
|  | DX 96 used. |
| 3:29 p.m. | DX 39 used. |
|  | DX 98 used. |
| 3:38 p.m. | DX 128 used. |
|  | DX 140 |
| 3:50 p.m. | Cross examination of Mr. Millspaugh by Mr. Rodgers. |
|  | PX 64 |
|  | DX 44 shown. |
|  | DX 95 used. |
|  | PX 65 used. |
|  | PX 786 used |
| 4:20 p.m. | PX 503 used. |
|  | PX 194 used. |
| 4:31 p.m. | Bench conference. |
| 4:34 p.m. | Passed the witness. Recess.   Depositions |
| 4:49 p.m. | Video deposition of John Starr |
| 5:09 p.m. | Video deposition of Rangvald Aanestad. |
| 5:30 p.m. | Video deposition of Randall William Aanestad. |
| 5:38 p.m. | Deposition concluded.   Bench conference. |
| 5:40 p.m. | Deposition of Eric Mulligan read into the record. |
| 5:52 p.m. | Court adjourned. |