**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PROMETHEAN INSULATION TECHNOLOGY LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:13-cv-1113-JRG |
| REFLECTIX, INC. | § § § | |
| *Defendant*. | § | |

**MINUTES FOR JURY TRIAL DAY THREE
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
October 28 2015**

**OPEN:   8:24 a.m.**                                           **ADJOURN:   5:16 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Alden Harris<br>Emily Chen |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:24 a.m. | Court reconvened.    Exhibits read prior day read into the record. |
| 8:29 a.m. | Direct examination of Dale Tokarski by Mr. Skidmore. |
| 8:39 a.m. | DX 138 used. |
| 8:45 a.m. | DX 140 used. |
| 8:48 a.m. | DX 146 used. |
| 8:56 a.m. | Bench conference. Direct examination continued. |
| 9:06 a.m. | Bench conference. |
| 9:07 a.m. | Testimony continued. |
| | PX 948 used. |
| 9:13 a.m. | Mr. Skidmore passed the witness.   Bench conference. |
| 9:20 a.m. | Cross examination of Mr. Tokarski by Mr. Rodgers. |
| 9:23 a.m. | PX 65 used. |

Page 2
October 28, 2015
Minutes

|              |                                                                                     |
|--------------|-------------------------------------------------------------------------------------|
|              | PX 579 used.                                                                        |
| 9:35 a.m.    | PX 604 used.                                                                        |
| 9:40 a.m.    | PX 620 used.                                                                        |
| 9:43 a.m.    | PX 467 used.                                                                        |
| 9:50 a.m.    | PX 922 used.                                                                        |
| 9:55 a.m.    | PX 547 used.                                                                        |
| 10:04 a.m.   | PX 550 used.                                                                        |
| 10:06 a.m.   | DX 948 used.                                                                        |
|              | PX 593 used.                                                                        |
| 10:17 a.m.   | Recess.                                                                             |
| 10:48 a.m.   | Hearing outside the presence of the jury.                                           |
| 10:51 a.m.   | Redirect examination of Mr. Tokarski by Mr. Skidmore.                               |
|              | PX 953 used.                                                                        |
| 10:57 a.m.   | Recross examination of Mr. Tokarski by Mr. Rodgers..                                |
| 11:00 a.m.   | B. Shanley video deposition shown..                                                 |
| 11:20 a.m.   | C. Brian Barlow video deposition shown.                                             |
| 12:20 p.m.   | Deposition concluded.                                                               |
| 12:21 p.m.   | Lunch recess.                                                                       |
| 1:25 p.m.    | Court reconvened.                                                                   |
| 1:28 p.m.    | Direct examination of Steven MacLean by Mr. Govett.                                 |
| 1:37 p.m.    | Bench conference.                                                                   |
| 1:39 p.m.    | Direct examination of Dr. MacLean continued.                                        |
| 1:49 p.m.    | PX 426 used.                                                                        |
|              | PX 423 used.                                                                        |
|              | DX 39 used.                                                                         |
| 1:55 p.m.    | DX 18 and 642 used.                                                                 |
|              | DX 39, 40 , 48 used.                                                                |
| 2:07 p.m.    | DX 277 used.                                                                        |
|              | DX 189 used.                                                                        |
| 2:18 p.m.    | Bench conference.                                                                   |
| 2:32 p.m.    | DX 225 and 227 used.                                                                |
| 2:53 p.m.    | Bench conference.                                                                   |
| 2:56 p.m.    | Direct of Dr. MacLean by Mr. Govett continued.                                      |
|              | DX 18, 642, 298, 300, 301, 304, 584 used.   Recess.                                 |
| 3:11 p.m.    | Court reconvened.   Cross examination of Dr. MacLean by Mr. Williams.               |
| 3:29 p.m.    | DX 39 used.                                                                         |
|              | PX 3 used.                                                                          |
| 3:43 p.m.    | Bench conference.   Cross examination of Dr. MacLean by Mr. Williams continued.     |

Page 3
October 28, 2015
Minutes

| | |
|---|---|
| 3:50 p.m. | DX 300 used. |
| | DX 299 used. |
| | PX 64 used. |
| | PX 63 used. |
| 4:25 p.m. | PX 734 used. |
| 4:40 p.m. | Recess. |
| 4:56 p.m. | Court reconvened.   Redirect examination of Dr. MacLean by Mr. Govett. |
| 4:59 p.m. | DX 642 used. |
| 5:02 p.m. | Bench conference. |
| 5:04 p.m. | Recross examination by Mr. Williams. |
| 5:06 p.m. | Adam McMahon deposition shown. |
| 5:16 p.m. | Jury to return at 8:00 a.m.   Court adjourned. |