# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PROMETHEAN INSULATION TECHNOLOGY LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:13-cv-1113-JRG |
| REFLECTIX, INC. | § § § | |
| *Defendant*. | § | |

## MINUTES FOR JURY TRIAL DAY FOUR
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### October 29, 2015

**OPEN:** 8:00 a.m.                                                      **ADJOURN:** 9:00 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Alden Harris<br>Emily Chen |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:00 a.m. | Court reconvened.  Hearing outside the presence of the jury re demonstratives and exhibits used prior day read into the record. |
| 8:05 a.m. | Jury returned to the courtroom. |
| 8:08 a.m. | Direct examination of Keith Ugone. |
| | DX 198 used. |
| 8:39 a.m. | Bench conference. |
| 8:41 a.m. | Cross examination of Dr. Ugone by Mr. Rodgers. |
| 9:10 a.m. | Redirect examination of Dr. Ugone by Ms. Truelove. |
| 9:11 a.m. | Defense rests. |
| 9:12 a.m. | Plaintiff's rebuttal case.  Direct examination of Dr. Termine by Mr. Cravey. |
| 9:18 a.m. | Bench conference. |
| 9:20 a.m. | Direct examination of Dr. Termine continued. |

Page 2
October 29, 2015
Minutes

|  | PX 266 used. |
| --- | --- |
| 10:07 a.m. | Court reconvened.  Direct of Dr. Termine by Mr. Cravey continued. |
|  | DX 4 used. |
|  | DX 310 used. |
|  | DX 299 used. |
| 10:29 a.m. | Cross examination of Dr. Termine by Mr. Govett. |
| 10: 39 a.m. | Bench conference.  Cross examination continued. |
|  | DX 270 used. |
|  | DX 18 used. |
|  | DX 4 used. |
|  | PX 426 used. |
| 11:12 a.m. | Bench conference   by Mr. Redirect examination by Cravey. |
| 11:19 a.m. | Recross Govett. |
| 11:20 a.m. | Plaintiff rests. |
| 11:21 a.m. | Jury excused.  Hearing outside the presence of the jury. |
|  | Informal charge conference at noon.  Rule 50(a) motions or at 1:00 p.m. |
| 11:30 a.m. | Exhibits used read into record by counsel. |
| 2:22 p.m. | Charge conference. |
|  | Judgments as a Matter of Law argued by Messrs. Wooten, Kim, Huang and Govett. |
| 3:20 p.m. | Final instructions to the Jury. |
| 4:14 p.m. | Closing by Mr. Buss for Plaintiff. |
| 4:39 p.m. | Closing by Mr. Govett for Defendant. |
| 5:09 p.m. | Rebuttal by Mr. Buss. |
| 5:29 p.m. | Jury retired to deliberate. |
| 6:54 p.m. | Jury note received. |
| 6:56 p.m. | Court recess. |
| 7:20 p.m. | Court reconvened regarding note to jury. |
| 7:32 p.m. | Response from jury |
| 7:33 p.m. | Court recess. |
| 8:56 p.m. | Court reconvened.  Jury verdict received.  Jury returned to the Courtroom.  Court polled the Jury; all jurors stood representing a unanimous verdict. |
| 9:00 p.m. | Court adjourned. |